# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN PABLO RIOJAS, | : | Civil No. 3:20-CV-00202 |
| Petitioner, | : | |
| v. | : | |
| MARK GURMAN, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 14th day of February, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition for writ of habeas corpus filed under 28 U.S.C. § 2254, Doc. 1, is **DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania